No. A–587. PELULLO *v.* GERARDI ET AL. D. C. N. J. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–605. FROTA OCEANICA BRASILEIRA, S. A. *v.* PIRES ET UX. Application for supersedeas bond or stay of execution of judgment of the Supreme Court of New York, County of New York, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–951. IN RE DISBARMENT OF JONES. A response to the rule to show cause having been filed, it is ordered that the rule to show cause is hereby discharged, and the order heretofore entered November 5, 1990 [*ante,* p. 956], suspending respondent from the practice of law in this Court is vacated.

No. D–955. IN RE DISBARMENT OF BRUCE. Motion to defer granted. [For earlier order herein, see *ante,* p. 1010.]

No. D–957. IN RE DISBARMENT OF PENNISI. Disbarment entered. [For earlier order herein, see *ante,* p. 1010.]

No. 9, Orig. UNITED STATES *v.* LOUISIANA ET AL. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is allowed a total of $5,721.01, one-half to be paid by the United States and one-half to be paid by Mississippi. Request of the Special Master to be discharged granted, and Walter P. Armstrong, Jr., is hereby discharged with the thanks of the Court. JUSTICE MARSHALL took no part in the consideration or decision of these orders. [For earlier decision herein, see, *e. g., ante,* p. 9.]

No. 65, Orig. TEXAS *v.* NEW MEXICO. Second motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is allowed a total of $30,391.20 for the period September 1, 1989, through January 23, 1991, to be paid equally by the parties. Request of the Special Master to be discharged granted, and Monte Pasco is hereby discharged with the thanks of the Court. [For earlier order herein, see, *e. g., ante,* p. 1065.]

No. 109, Orig. OKLAHOMA ET AL. *v.* NEW MEXICO. Exceptions to the Report of the Special Master set for oral argument in due course. [For earlier order herein, see, *e. g., ante,* p. 1021.]